UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | 3:12-CR-0022-LRH (VPC) |
| ) | | |
| Plaintiff, ) | | **MINUTES OF THE COURT** |
| ) | | |
| vs. ) | | June 4, 2013 |
| ) | | |
| SCOTT H. SUMMERHAYS, ) | | |
| ) | | |
| Defendant. ) | | |
| ) | | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On May 10, 2013, the government filed a motion for reconsideration of the court order releasing defendant from custody (#53). The court notes that the defendant's counsel filed a notice advising the court that she was unavailable from May 17 - 27, 2013 (#54). However, no opposition to the motion was filed and no additional time to respond was requested. Pursuant to Local Criminal Rule 47-9, the failure of an opposing party to file points and authorities in response to any motions shall constitute a consent to the granting of the motion. Therefore,

The motion for reconsideration of court order releasing defendant from custody (#53) is **GRANTED**. The court finds there are no conditions that would assure the defendant's presence at trial based upon the information contained in the government's motion and the information previously considered by the court. Therefore, the court's order releasing defendant on a PR bond with conditions (#51) is hereby **REVOKED** and the PR bond is hereby **RESCINDED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:         /s/         
Deputy Clerk